THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEMEKO HOLLAND,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK GLEBE,<br><br>　　　　　　　　Respondent. | CASE NO. C14-0070-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 5). Upon consideration of the Report and Recommendation and the balance of the record, the Court hereby finds and ORDERS:

(1) The Report and Recommendation is ADOPTED.

(2) Petitioner's application to proceed in forma pauperis (Dkt. No. 4) is DENIED.

(3) Petitioner shall pay the required $5.00 filing fee to the Clerk of the Court within thirty (30) days of the date of this Order.

(4) The Clerk is respectfully directed to send a copy of this Order to Petitioner.

//

//

1   DATED this 4th day of March.

John C. Coughenour
UNITED STATES DISTRICT JUDGE